# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RONALD COX, a single man,
        Plaintiff,

v.

BIG BEND ELECTRIC COOPERATIVE, INC., a Washington corporation; and DOES I through XV,
        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-5018-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order Granting Defendants' Summary Judgment Motion entered on May 26, 2009, Ct. Rec. 35.

May 26, 2009
*Date*

JAMES R. LARSEN
*Clerk*

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas